BENJAMIN B. WAGNER
United States Attorney
NIRAV K. DESAI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2716
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CESAR BARAJAS-RAMOS, <br>  aka Cesar Omar Barajas, <br>  aka Cesar Omar Barajas Ramos, <br><br> Defendant. | CASE NO. 2:13-CR-00187 LKK <br><br> ORDER EXCLUDING TIME PERIODS UNDER THE SPEEDY TRIAL ACT |

On July 2, 2013, the parties appeared before the undersigned for a status conference regarding defendant's request for new counsel. The parties requested that the matter be continued to July 9, 2013, in order for the parties and the U.S. Probation Office to address some claimed errors in, and the government's informal objection to a portion of, the Pre-Plea Advisory Guideline Presentence Investigation Report ("Pre-Plea PSR") issued on June 28, 2013. Additionally, defense counsel represented that due to the date of the issuance of the Pre-Plea PSR, she needed time to review the Pre-Plea PSR with her client prior to a possible change of plea and request for sentencing proceeding.

On the basis of counsel's representations and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendant reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends

of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, IT IS HEREBY ORDERED that time from the July 2, 2013 status conference to and including the July 9, 2013 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for defense preparation.

IT IS SO ORDERED.

DATED: July 8, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Nirav K. Desai
NIRAV K. DESAI
Assistant United States Attorney